UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 NOV 23 P 9: 51

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA

vs.

Criminal No. 3:00-CR-0083(EBB)

CHARLES BUNCH

## ORDER FINDING A VIOLATION AND
## MODIFYING CONDITIONS OF SUPERVISED RELEASE

The above-named, after pleading guilty before the Honorable Ellen Bree Burns, Senior United Stated District Judge, at New Haven, Connecticut, appeared before the Court for sentencing on October 12, 2000, for a violation of Title 18, U.S.C. § 922 (g)(1), Felon in Possession of a Firearm, and was sentenced to serve 57 months imprisonment with 36 months supervised release to follow, with the special condition requiring: The defendant to participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by the probation officer.

The supervised releasee was presented before this Court on November 23, 2004, to answer the charge that he violated the conditions of his supervised release as cited in a Petition on Probation and Supervised Release dated July 8, 2004.

The supervised releasee was represented by Assistance Federal Public Defender Paul Thomas, and given the opportunity to be heard.

The Court found that the supervised releasee had in fact violated each of the charges as cited in the Petition on Probation and Supervised Release.

NOW, Therefore, it is ordered that the supervised release of Charles Bunch be continued with the following modification:

The defendant shall reside for a period of six months, to commence when instructed, in a community confinement center and shall observe the rules of that facility.

IT IS SO ORDERED.

Signed and Dated at New Haven, Connecticut, this 24 day of November, 2004.

_____
The Honorable Ellen Bree Burns
Senior United States District Judge