POPSR

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. CHARLES BUNCH**      **Docket No.** 3:00CR00083(EBB)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Charles Bunch who was sentenced to 57 months incarceration for a violation of 18 U.S.C. 922(g)(1), Possession of a Firearm by a Convicted Felon by the Honorable Ellen Bree Burns, Senior U.S. District Judge sitting in the court at New Haven, on October 12, 2000, who fixed the period of supervision at three years which commenced on February 12, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall participate in any substance abuse treatment program, either in or outpatient, as deemed appropriate by probation which may include random urinalysis. The defendant shall pay all or some of the costs of any treatment as directed by probation.

On November 23, 2004, the conditions were modified to include the following special condition: The defendant shall reside for a period of six months, to commence when instructed, in a community confinement center and shall observe the rules of that facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1- Condition Violated:

Special Condition: The defendant shall reside for a period of six months, to commence when instructed, in a community confinement center and shall observe the rules of that facility.

On March 29, 2005, Mr. Bunch was unsuccessfully discharged from the Cheyney halfway house for violating program rules.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Charles Bunch to appear before this court at New Haven, Connecticut on March 31, 2005 at 3:00 a.m. to show cause why supervision should not be revoked.

**ORDER OF COURT**      Sworn to By

Considered and ordered this 31st day of March, 2005 and ordered filed and made a part of the records in the above case.

Vicki M. Stackpole
United States Probation Officer

Place New Haven, CT
Date March 31, 2005

The Honorable Ellen Breé Burns
Senior United States District Judge

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this 31st day of March, 2005 at New Haven, Connecticut, U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Ellen Bree Burns
Senior United States District Judge