UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | CRIMINAL No. 3:00CR83(EBB) |
| v. | : | |
| CHARLES BUNCH | : | APRIL 6, 2005 |

## WITHDRAWAL OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my withdrawal of appearance as counsel in this case for the plaintiff, United States of America.

_____     _____
**Date**                                                             **Signature**

CT19473                                                        JOHN A. MARRELLA
**Connecticut Federal Bar Number**              **Print Clearly or TypeName**

(203) 821-3700                                             157 Church Street, 23rd Floor
**Telephone Number**                                   **Address**

(203) 773-5376                                             New Haven, Connecticut   06510
**Fax Number**

John.Marrella@usdoj.gov
**E-mail address**

**CERTIFICATION OF SERVICE**

This is to certify that the foregoing Withdrawal of Appearance was mailed on this 6th day of April, 2005 to:

> Paul F. Thomas
> Office of the Federal Public Defender
> 2 Whitney Avenue, Suite 300
> New Haven, CT 06510

_____
JOHN A. MARRELLA
ASSISTANT UNITED STATES ATTORNEY