UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                     Criminal No. 3:00CR00038(EBB)

CHARLES BUNCH

ORDER FINDING A VIOLATION AND
MODIFYING CONDITIONS OF SUPERVISED RELEASE

The above-named, after pleading guilty before the Honorable Ellen Bree Burns, Senior United Stated District Judge, at New Haven, Connecticut, appeared before the Court for sentencing on October 12, 2000, for a violation of Title 18, U.S.C. § 922 (g)(1), Felon in Possession of a Firearm, and was sentenced to serve 57 months imprisonment with 36 months supervised release to follow, with the special condition requiring: The defendant to participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by the probation officer.

On November 23, 2004, the supervised releasee was presented before this Court to answer the charge that he violated the conditions of his supervised release as cited in a Petition on Probation and Supervised Release dated July 8, 2004.

The Court modified the conditions to add the following special condition: The defendant shall reside for a period of six months, to commence when instructed, in a

community confinement center and shall observe the rules of that facility.

On March 31, 2005, the supervised releasee was presented before this Court to answer the charge that he violated the conditions of his supervised release as cited in a Petition on Probation and Supervised Release dated March 31, 2005.

The supervised releasee was represented by Assistance Federal Defender Paul Thomas, and given the opportunity to be heard.

The Court found that the supervised releasee had in fact violated the charge as cited in the Petition on Probation and Supervised Release.

NOW, therefore, it is ordered that Charles Bunch be continued on supervised release with the following modification:

The supervised releasee will be placed on home confinement for a period of three months with electronic monitoring, to be paid for by the offender. He will be permitted out of the home for work, medical appointments, probation appointments and church.

IT IS SO ORDERED.

Signed and Dated at New Haven, Connecticut, this 13 day of April, 2005.

The Honorable Ellen Bree Burns
Senior United States District Judge